```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UPT POOL LTD.,                                                 :
                                                               :
                                    Plaintiff,                 :
                                                               :          14-CV-9262 (VEC)
                  -against-                                    :
                                                               :               ORDER
DYNAMIC OIL TRADING (SINGAPORE) PTE.                           :
LTD., O.W. BUNKER USA INC., O.W. BUNKER                        :
NORTH AMERICA INC., O.W. BUNKER                                :
HOLDING NORTH AMERICA INC., HARLEY                             :
MARINE SERVICES, INC., ING BANK N.V.,                          :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS, UPT Pool Ltd. ("UPT Pool") as Plaintiff, filed its complaint in interpleader and requested permission to present its check in the sum of $316,393.64 payable to the Clerk of this Court, as a deposit into the registry of this Court of property to which UPT Pool disclaims any interest and which is subject to the claims of multiple claimants or third-parties; and,

WHEREAS, by Order dated November 21, 2014, Plaintiff was ordered to deposit the aforesaid check by close of business on Monday, November 24, 2014, it is hereby ORDERED:

1. Plaintiff's deadline to deposit the aforesaid check shall be extended to the close of business on Tuesday, November 25, 2014.

2. The Clerk of Court shall accept the aforesaid check and shall receive such funds into an interest-bearing account in the registry of this Court (CRIS) for ultimate disposition by order of this Court in the above-captioned action.

3. Plaintiff's counsel is responsible for distributing copies of this Order and all prior Orders of the Court to all parties.

**SO ORDERED.**

Date:  November 25, 2014
       New York, New York

       **VALERIE CAPRONI**
       United States District Judge