Capnoni, V.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/05/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UPT POOL LTD,

           Plaintiff,

v.

DYNAMIC OIL TRADING (SINGAPORE) PTE LTD. O W BUNKER USA INC. O.W. BUNKER NORTH AMERICA INC., O W BUNKER HOLDING NORTH AMERICA INC., HARLEY MARINE SERVICES. INC., ING BANK N.V.

           Defendants.

Case No. 14-cv-9262 (VEC)

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. The time for Defendant ING Bank N.V. ("ING Bank" or "Defendant") to move, answer, or otherwise respond to the Complaint in the above-captioned action is extended from March 2, 2015 through and including March 9, 2015.

2. Defendant hereby waives, and covenants not to contest in any court or proceeding, any defense or objection based on service of process. All other defenses or objections of ING Bank are expressly reserved.

3. This Stipulation may be executed in counterparts which, together, shall constitute one and the same Stipulation. For the purposes of this Stipulation, copies of signatures shall be sufficient to render this stipulation valid and binding.

Dated: New York, New York
       March 2, 2015

By: _____  
Bruce G. Paulsen  
Brian P. Maloney  
SEWARD & KISSEL LLP  
One Battery Park Plaza  
New York, New York 10004  
(212) 574-1200  

*Attorneys for Defendant ING Bank N.V.*

By: _____  
James H. Power  
Marie E. Larsen  
HOLLAND & KNIGHT  
31 West 52nd Street  
New York, New York 10019  
Telephone: (212) 385-9010  

*Attorneys for Plaintiff UPT Pool Ltd.*

Dated this __5th__ day of March, 2015

_____  
UNITED STATES DISTRICT COURT JUDGE